

| | 2600 Eagan Woods Dr, Suite 400 | 60 East 42nd Street, 46th Floor |
| --- | --- | --- |
| | St. Paul, MN 55121 | New York, NY 10165 |
| | 651-406-9665 | 212-267-7342 |

| | |
| --- | --- |
| Defendant: | **Adobe Systems Incorporated** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113400 | $63,471.31 | 3/27/2023 | 4400069971 | 12/19/2022 | $3,220.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113400 | $63,471.31 | 3/27/2023 | 4400069869_4 | 12/13/2022 | $279,731.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113400 | $63,471.31 | 3/27/2023 | 4200094447 | 1/24/2023 | $5,520.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113290 | $75,000.00 | 3/16/2023 | 4400069869_3 | 12/13/2022 | $279,731.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113012 | $75,000.00 | 3/10/2023 | 4400069869_2 | 12/13/2022 | $279,731.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112934 | $75,000.00 | 3/3/2023 | 4400069869_1 | 12/13/2022 | $279,731.31 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112687 | $69,257.43 | 2/24/2023 | 4200093050_4 | 12/2/2022 | $139,657.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112687 | $69,257.43 | 2/24/2023 | 4200093050_3 | 12/2/2022 | $139,657.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112639 | $70,400.00 | 2/17/2023 | 4200093050_2 | 12/2/2022 | $139,657.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112639 | $70,400.00 | 2/17/2023 | 4200093050_1 | 12/2/2022 | $139,657.43 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112614 | $4,600.00 | 2/17/2023 | 4100075556 | 11/29/2022 | $4,600.00 |

**Totals:** 7 transfer(s), $432,728.74